UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 6:15 CR 00175-01 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| RAYLIN RICHARD | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for a Report and Recommendation. After and independent review of the record, and noting that objections have been filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the defendant's Motion to Dismiss the Indictment (Rec. Doc. 67) is DENIED, consistent with the Report and Recommendation.

Lake Charles, Louisiana, this 29 day of February, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE