UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Docket No. 6:15CR00175-01 |
| v. | * | JUDGE MINALDI |
| RAYLIN RICHARD | * | MAGISTRATE JUDGE HANNA |

*********************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 95) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, a review of the objections, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation is AFFIRMED and the defendant's motion to Sever (Rec. Doc. 80) **IS DENIED.**

Lake Charles, Louisiana, this 24 day of March, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE