UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 6:15-cr-00175-01 |
| VERSUS | JUDGE FOOTE |
| RAYLIN RICHARD (01) | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Raylin Richard, is ACCEPTED and he is finally adjudged guilty of the offense charged in Count One of the Bill of Information, consistent with the report and recommendation.

Signed at Shreveport, Louisiana, this ___ day of March, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE